## Atene, Appellant, v. Lawrence.

Argued December 8, 1971. Before WRIGHT, P. J., WATKINS, MONTGOMERY, JACOBS, HOFFMAN, SPAULDING, and CERCONE, JJ.

*Fred Lowenschuss*, with him *Fred Lowenschuss Associates*, for plaintiff.

*Joseph G. Manta*, with him *James M. Marsh*, and *LaBrum and Doak*, for defendant.

OPINION PER CURIAM, March 24, 1972:

In this trespass action involving an automobile collision the jury brought in a verdict for the plaintiff in the amount of $20,000.00. Motions for new trial and judgment n.o.v. were filed by defendant. After argument, defendant's motion for judgment n.o.v. was withdrawn and the lower court made the following order: "July 2nd, 1971: Plaintiff is directed to file a remittitur of all sums in excess of $13,500.00 or Defendant's motion for New Trial is granted."

The plaintiff did not file a remittitur and both parties appealed from the order of July 2, 1971. However, this is not an appealable order and both appeals must be quashed. *Clarkson v. Crawford*, 285 Pa. 299, 132 A. 350 (1926).

No judgment has been entered nor has a new trial been granted. Nowhere on the record is there a state-

ment by plaintiff that he will not remit. Until such election is made, an appealable final order cannot be entered. If the plaintiff decides to remit, a judgment may be entered on the verdict as remitted and a judgment appealable by the defendant exists. If plaintiff refuses to remit, an order granting a new trial should be entered. Such an order is also appealable.

Both appeals are quashed.